## First Department, October Term, 1891.

Cyrus D. Angell, Appellant, v. William Van Schaick and others, Respondents. — Motion, under subdivision 4 of section 190 of the Code of Civil Procedure, cannot be entertained until the return made to the Court of Appeals has been remitted to this court for that purpose.

Henry N. Fultz, Appellant, v. George Paul and others, Respondents. — Motion for reargument granted.

The People of the State of New York v. Newton A. Drowns. — Motion to amend order denied.

The People of the State of New York v James J. Thompson. — Motion to amend order denied.

Lawrence Green, Appellant, v. Henry W. Watson, Respondent. — Motion for leave to appeal to Court of Appeals denied.

George P. Brand v. James R McMahon. — Motion for reargument denied.

## First Department, October Term, 1891.

The People of the State of New York ex rel. Jeremiah Sullivan v. J. Hampden Robb and others. — Proceedings affirmed, with costs. Opinion by Van Brunt, P. J.

In the Matter of Proving the Last Will and Testament of John Patterson, Deceased. — Motion for reargument denied, with costs. Opinion by Barrett, J.

William H. Yeandle and others, Appellants, v. Celeste Yeandle, Respondent. — Judgment affirmed, with costs. Opinion by Bartlett, J.

Michael Gernsheim and others, Appellants, v. Central Trust Company and others, Respondents. — Order affirmed upon the opinion delivered by Mr. Justice Patterson at Special Term. Opinion Per Curiam.

In the Matter of the Application of the New York Elevated Railroad Company (In re Clarkson and others). — Order affirmed, with costs. Opinion by Bartlett, J.

John Enright, Appellant, v. The Montauk Fire Insurance Company, Respondent. - Judgment affirmed. Opinion by Bartlett, J.

William P. Walton and others, Respondents, v. Albert P. Stewart, Trustee, Appellant.— Judgment affirmed, with costs. Opinion by Bartlett, J.; dissenting opinion by Barrett, J.

Meyer Bukofzer, Respondent, v. The United States Grand Lodge of the Independent Order of the Sons of Benjamin, Appellant. — Judgment and order affirmed, with costs. Opinion by Bartlett, J

The Commercial Union Insurance Company (Limited), Appellant, v. Morris H. Smith and others, Respondents. — Appeal dismissed, without costs. Opinion by Bartlett, J.; dissenting opinion by Barrett, J.

The Chatham National Bank, Respondent, v. James H. Pratt, Appellant. — Judgment affirmed, with costs. Opnion by Bartlett, J.; dissenting opinion by Barrett, J.

Jose A. Del Valle, Appellant, v. Josiah A. Hyland and others, Respondents. — Judgment reversed and new trial ordered, with costs to the appellant to abide the event. Opinion by Bartlett, J ; Van Brunt, P. J., dissenting.

Linus A. Gould, Respondent, v. The Chicago, Burlington and Quincy Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Bartlett, J.

In the Matter of the Application of the Board of Street Opening, etc. (In re Lexington Avenue).—Order affirmed, with costs. Opinion by Bartlett, J.

Marcus Ward & Co. (Limited), Appellant, v. William H. Ward and others, Respondents. — Judgment affirmed, with costs. Opinion by Bartlett, J.

George F. Hodgman, Respondent, v. Stephen T. Barker, Appellant. — Appeal dismissed, without costs. Opinion by Van Brunt, P. J.

The National Broadway Bank, Appellant, v. Stephen T. Barker, Respondent. — Order affirmed, with costs. Opinion by Van Brunt, P. J

In the Matter of the Application of John A. Holmes, Jr, for Leave to Issue Execution,

etc. — Decree affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

In the Matter of Lexington Avenue (In re John Schreyer), Appellant. — Order affirmed, with ten dollars costs and disbursements; motion to dismiss appeal denied, without costs. Opinion by Ingraham, J.

In the Matter of the New Haven Clock Company, Respondent, v. Richard Hubbard, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Opinion by Ingraham, J.

Margaret Devlin, Respondent, v. Robert Boyd and others, Appellants. — Order reversed and the preliminary injunction dissolved, with ten dollars costs and disbursements. Opinion Per Curiam.

The Union Distilling Company, Respondent, v. Henry Ruser, Appellant. — Order reversed, with ten dollars costs and disbursements, and the motion granted. Opinion Per Curiam.

George H. W. Curtis, Respondent, v. The Wheeler & Wilson Manufacturing Company, Appellant. — Order and judgment reversed and a new trial granted on payment of the costs of the trial, including witnesses' fees and other disbursements, with costs of this appeal to appellant to abide event. Opinion by Ingraham, J.

In the Matter of Charlotte M. Hutchings. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Ezra Haskell and others, Respondents, v. Robert M. Drummond, Appellant. — Order affirmed, with costs. Opinion Per Curiam.

The Bowery Bank, Respondent, v. Mahlon C. Martin and others, Appellants. — Order reversed, with ten dollars costs and disbursements to abide event, and the case remitted to the circuit. Opinion Per Curiam.

Emil Bachman, Respondent, v. Philip Wagner, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Mary C. Cambreling and others v. Euphemia O. Purton, Appellant; M. Lippmann, Purchaser, Respondent.— Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Lucy M. Rice, Respondent, v. John S. Rice, Appellant. — Order affirmed, with costs. Opinion Per Curiam.

George S. Ronalds v. Catherine A. Cammon and others. — Appeal dismissed, with costs. Opinion Per Curiam.

James F. Malcolm, Respondent, v. The Manhattan Railway Company, Appellant. — Judgment affirmed, with costs. Opinion Per Curiam.

The Union Distilling Company, Respondent, v. Henry Ruser, Appellant. — Order reversed, with ten dollars costs and disbursements, and the motion granted. Opinion Per Curiam.

The Essex County National Bank of Newark, Respondent, v. Thomas V. Johnson, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Prosper S. Hewes, Appellant, v. Annie K. Hewes, Respondent. — Judgment affirmed, with costs. Opinion by Ingraham, J.

Herbert Cecil Pelly, Respondent. v. Henry Nay-

61h 625
1st Dept
Case 3
73 AD 307